### GARZA v. STATE. (No. 7016.)

(Court of Criminal Appeals of Texas. Oct. 25, 1922.)

Criminal law ⚖=1131(5) — On escape after conviction appeal will be dismissed.

Where one convicted of murder escapes after conviction and is not recaptured, the appeal will be dismissed.

Appeal from District Court, Live Oak County; M. A. Childers, Judge.

Diego Garza was convicted of murder, and he appeals. Dismissed.

R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Live Oak county of murder, and his punishment fixed at death.

There appears in the record an affidavit, duly executed by the sheriff of Live Oak county, setting forth the fact that subsequent to this conviction, and while confined in jail, appellant has made his escape, and has not been recaptured. This being true, the jurisdiction of this court no longer attaches, and the appeal is accordingly ordered dismissed.